UST-32, 3-03

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WILLIAMS, LACRESHA SHANICE | ) | CASE NO. 06-02857-PHX-RTB |
| MUHAMMAD, COREY LEE | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3008 | 3/20/2009 | Plains Commerce Bank<br>P.O. Box 89937<br>Sioux Falls SD 57109 | $7.15 |
| 3009 | 3/20/2009 | Plains Commerce Bank<br>P.O. Box 89937<br>Sioux Falls SD 57109 | $4.84 |
| 3010 | 3/20/2009 | Dakota State Bank/Rewards 660<br>P.O. Box 89210<br>Sioux Falls SD 57109-6251 | $5.76 |
| 3011 | 3/20/2009 | Dakota State Bank/Rewards 660<br>P.O. Box 89210<br>Sioux Falls SD 57109-6251 | $7.22 |
| 3014 | 3/20/2009 | Sprint Nextel—Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 172408<br>Denver CO 80217-2408 | $20.19 |

*April 29, 2010*                              */s/ Constantino Flores*
    DATE                                    Constantino Flores, Trustee